```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                :   DOC #:_____
MARCOS CALCANO.                                 :   DATE FILED: 3/2/2020
                        Plaintiff               :
            -against-                           :   19 Civ. 11228 (LGS)
                                                :
VINEYARD VINES, LLC                             :   ORDER
                        Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for March 5, 2020 (Dkt. No. 7);

WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either (Dkt Nos 12, 13). Defendant also filed a pre-motion to dismiss letter, and Defendant filed a response (Dkt Nos. 8, 11). It is hereby

**ORDERED** that the March 5, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. It is further

**ORDERED** that Defendant shall file a motion to dismiss and accompanying memorandum of law by **March 26, 2020**. Plaintiff shall file its opposition by **April 9, 2020**. Defendant shall file its reply by **April 16, 2020**. The submissions shall comply with the Court's Individual Rules.

Dated: March 2, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**