```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MARCOS CALCANO,                                              :
                                                             :
                                 Plaintiff                   :    19 Civ. 11228 (LGS)
                                                             :
                -against-                                    :           ORDER
                                                             :
VINEYARD VINES, LLC                                          :
                                                             :
                                 Defendant.                  :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to dismiss the Complaint on March 26, 2020. ECF 16;

WHEREAS, Plaintiff timely filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15 on April 1, 2020. ECF 18. It is hereby

**ORDERED** that Defendant's motion to dismiss the Complaint is denied as moot. It is further

**ORDERED** that Defendant may, by **April 16, 2020**, file a motion to dismiss the First Amended Complaint and accompanying memorandum. Defendant does not need to file a pre-motion letter. Plaintiff's opposition to the motion to dismiss shall be filed no later than **April 30, 2020**. Defendants reply shall be filed no later than **May 7, 2020**. The submissions shall comply with the Court's Individual Rules.

Dated: April 2, 2020
       New York, New York

                                                    _____
                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**