UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO,<br><br>                    Plaintiff,<br><br>        - against -<br><br>VINEYARD VINES, LLC,<br><br>                    Defendant. | 19 Civ. 11228<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Defendant filed a motion to dismiss the First Amended Complaint on April 16, 2020.  ECF 20.  The motion was fully briefed on May 7, 2020.  ECF 24;

WHEREAS, discovery concludes in this matter on August 17, 2020.  ECF 15.  It is hereby

**ORDERED** that discovery in this matter is STAYED pending the Court's adjudication of Defendant's motion to dismiss the First Amended Complaint.

Dated: June 8, 2020
        New York, New York