```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
MARCOS CALCANO,                               :
                        Plaintiff             :    19 Civ. 11228 (LGS)
                                              :
        -against-                             :        ORDER
                                              :
VINEYARD VINES, LLC,                          :
                        Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 18, 2020, the Court issued an Opinion & Order granting Defendant's motion to dismiss the First Amended Complaint. ECF 27;

WHEREAS, the June 18, 2020, Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." *Id*. It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." *Id*.;

WHEREAS, the fourteen-day deadline has passed and Plaintiff has not sought leave to replead. It is hereby

**ORDERED** that this case is dismissed. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: July 3, 2020
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**