UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCOS CALCANO,
                      Plaintiff,

      -against-                                 19 CIVIL 11228 (LGS)

                                                      **JUDGMENT**

VINEYARD VINES, LLC,
                      Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2020, the Court issued an Opinion & Order on June 18, 2020, granting Defendant's motion to dismiss the First Amended Complaint. The Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." The fourteen-day deadline has passed and Plaintiff has not sought leave to replead, and this case is dismissed. Judgment is entered in favor of Defendant: accordingly, the case is closed.

**Dated:** New York, New York
           July 6, 2020

                                                         **RUBY J. KRAJICK**

                                                          Clerk of Court
                                **BY:**

                                                           **Deputy Clerk**